IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 03-cv-00198-RPM-MJW

GREGG K. HOBBS,

        Plaintiff,

v.

QUALMARK CORPORATION,

        Defendant.

_____

ORDER FOR STATUS CONFERENCE
_____

        Upon review of the Clerk's file after reassignment of this civil action, it appears that still pending in this civil action are motions for attorneys' fees and costs and an appeal of a decision of Magistrate Judge Watanabe concerning return of discovery materials and it being the view of the Court that a status conference should be convened for the purpose of discussing with counsel an efficient procedure for resolution of the pending motions, it is

        ORDERED that a status conference will be convened on Tuesday, September 25, 2007, at 8:30 a.m. in Courtroom A, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

        DATED: September 6th, 2007

                            BY THE COURT:

                            s/Richard P. Matsch
                            _____
                            Richard P. Matsch, Senior Judge