# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
## Magistrate Judge Michael J. Watanabe

Civil Action No.  03-cv-00198-RPM-MJW         FTR

**Date:**  February 1, 2008                               Shelley Moore, Deputy Clerk

GREGG K. HOBBS,                               Jack M. Merritts

                Plaintiff(s),

v.

QUALMARK CORPORATION,                         Stephen D. Bell

                Defendant(s).

---

## COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session 8:33 a.m.**

Court calls case.  Appearances of parties and counsel.  Plaintiff Hobbs is present. Anthony Scalese is present with Defendant's counsel.

**ORDERED:**  This parties' stipulation, as outlined on the record, is approved and made an order of Court.

8:38 a.m.  Mr. Bell presents opening argument on the various motions for attorney fees and costs, and the motions to supplement the motions for attorney fees and costs (documents 129, 162, 168, and 169).

8:43 a.m.  Mr. Merritts presents opening argument on the same.

8:50 a.m.  Defendant calls witness John Madden, III.  Witness is sworn.  Direct exam by Mr. Bell.

9:04 a.m.  Cross examination by Mr. Merritts.

No redirect.  Witness Madden is excused.

Defendant rests.

9:19 a.m.  Plaintiff calls witness Bennett Aisenberg.  Witness is sworn.  Direct exam by Mr. Merritts.

9:59 a.m.     Cross examination by Mr. Bell.

10:08 a.m.    Redirect examination by Mr. Merritts.

No recross examination.

Plaintiff rests.

Defendants have no rebuttal witnesses.

10:11 a.m.    Witness Aisenberg is excused.

10:11 a.m.    Closing argument by Mr. Bell.

10:15 a.m.    Closing argument by Mr. Merritts.

10:22 a.m.    Final rebuttal argument by Mr. Bell.

**ORDERED:**   Defendant's Motion for Attorney Fees and Motion for Bill of Costs (DN 129) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendant's Motion for Attorney Fees and Motion for Costs (DN 162) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendant's Second Motion to Supplement (DN 129) Motion for Attorney Fees and Costs (DN 168) is **TAKEN UNDER ADVISEMENT.**

**ORDERED:**   Defendant's Second Motion to Supplement (DN 129) Motion for Attorney Fees and Costs (DN 169) is **TAKEN UNDER ADVISEMENT.**

**Court in Recess 10:23 a.m.**
Total In-Court Time 1:46, hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.